IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JAMES A. HALL**                                                                                      **PLAINTIFF**

V.                              **CASE NO. 3:22-CV-3066**

**CATHERINE LEE MALONEY RUSSELL**
**HALL GARRISON**                                                          **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 4) filed in this case on November 28, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** due to lack of subject matter jurisdiction and because the *Rooker-Feldman* doctrine precludes review of state court decisions. Further, **IT IS ORDERED** that the application to proceed in forma pauperis (Doc. 2) is **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 19th day of December, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE